[No. 10,892. Department One.— February 20, 1884.]

THE PEOPLE, APPELLANT, *v.* WILLIAM HOLLIS, RESPONDENT.

APPEALABLE ORDER—CRIMINAL PRACTICE.—An order dismissing an information for want of prosecution is not appealable.

APPEAL from an order of the Superior Court of the city and county of San Francisco dismissing an information for libel.

The information charged the defendant with the publication of a libel with malicious intent to injure one Hale. The defendant moved for a dismissal of the action on the ground that it had not been tried in sixty days. The court ordered a dismissal for want of prosecution.

*Attorney-General Marshall,* for Appellant.

*George W. Tyler,* for Respondent.

The COURT. — The appeal is by the people from an order dismissing the action for want of prosecution. Such an order is not appealable. (Pen. Code, § 1238.)

When an attempt is made to appeal from an order which is not appealable this court has sometimes stricken the cause from the calendar, because not brought here by the attempted appeal, and sometimes dismissed the formal appeal.

Appeal dismissed.